STATE of Wisconsin, Plaintiff-Appellant-Petitioner,

v.

AMERITECH CORPORATION, Household Bank, N.A. and Household Credit Services, Inc., foreign corporations and Wisconsin Bell, Inc., a domestic corporation, Defendants-Respondents.

Supreme Court

*No. 93–1750.  Oral argument March 7, 1995.—Decided June 1, 1995.*

(Also reported in 532 N.W.2d 449.)

150

For the plaintiff-appellant-petitioner the cause was argued by *David J. Gilles,* assistant attorney general, with whom on the briefs were *James D. Jeffries,* assistant attorney general, *David J. Gilles,* assistant attorney general and *James E. Doyle,* attorney general.

For the defendants-respondents there was a combined brief by *John R. Dawson* and *Foley & Lardner,* Milwaukee; *Daniel W. Hildebrand, Dennis P. Birke* and *Ross & Stevens, S.C.,* Madison and *Ronald J. Greene, Marc R. Cohen* and *Wilmer, Cutler & Pickering,* Washington, D.C. and oral argument by *Daniel W. Hildebrand.*

Amicus curiae brief was filed by *Curtis A. Wityn-ski,* Legal Counsel, Madison for the League of Wisconsin Municipalities.

Amicus curiae brief was filed by *D.J. Weis* and *Habush, Habush, Davis & Rottier, S.C.,* Rhinelander for the Wisconsin Academy of Trial Lawyers.


PER CURIAM. The court is equally divided on the question of whether to affirm or reverse the decision of the court of appeals. Justice STEINMETZ, Justice WILCOX, and Justice GESKE would affirm; Chief Justice HEFFERNAN, Justice DAY, and Justice BABLITCH would reverse. Justice Abrahamson did not participate.

Accordingly, the decision of the court of appeals is affirmed.